IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Caesarea D. James, :
:
    Plaintiff(s), :
:
                                      : Case Number: 1:10cv3
vs. :
                                      : Chief Judge Susan J. Dlott
WMC Mortgage Corp., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on November 24, 2010 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 15, 2010, hereby ADOPTS said Report and Recommendations.

Accordingly, plaintiff's complaint is **DISMISSED** without prejudice for failure of service and failure to abide by a Court order.

The certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order dismissing the action will not be taken in good faith and that Plaintiff is denied leave to appeal *in forma*

*pauperis*. Plaintiff will remain free to apply to proceed *in forma pauperis* in the Court of Appeals. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

IT IS SO ORDERED.

_____
Chief Judge Susan J. Dlott
United States District Court